IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HAROLD UNYULA SMITH,

    Plaintiff,

v.                                     1:07-CV-146 (WLS)

JIMMY MILLER, Warden, et al.

    Defendants.

## ORDER

Before the Court are two Reports and Recommendations from United States Magistrate Judge G. Mallon Faircloth, filed August 15, 2007 and December 6, 2007. (Docs. 47, 54). It is recommended that the Motions for Summary Judgment of Defendants Miller, McCoy, Van Kirk and Screen (Doc. 37) and Defendants Reynolds and Hughes (Doc. 49) be granted. *Id.* No objection has been filed to either of the Reports and Recommendations filed by Judge Faircloth.

Upon full review and consideration upon the record, the Court finds that said Reports and Recommendations (Docs. 47, 54) should be, and hereby are, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Miller, McCoy, Van Kirk, and Screen's Motion for Summary Judgment (Doc. 37) and Defendants Reynolds and Hughes's Motion for Summary Judgment (Doc. 49) are **GRANTED**.

**SO ORDERED**, this __8th__ day of February, 2008.

                                                      /s/W. Louis Sands
                                                      **THE HONORABLE W. LOUIS SANDS,**
                                                      **UNITED STATES DISTRICT JUDGE**